**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Huntington Glen Swng TIC 1 LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-3293497** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**8 The Green Suite A**<br>**Dover, DE 19901**<br>Number, Street, City, State & ZIP Code<br><br>**Kent**<br>County | **Mailing address, if different from principal place of business**<br><br>**183 Wilson St., Suite 358**<br>**Brooklyn, NY 11211**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**12023 Bissonnet Street Houston, TX 77099**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Huntington Glen Swng TIC 1 LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Huntington Glen Swng TIC 1 LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Huntington Glen Swng TIC 1 LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 6, 2026**
MM / DD / YYYY

**X /s/ Saqif Noor** Noor
Signature of authorized representative of debtor

**Saqif Noor**
Printed name

Title Managing Member

**18. Signature of attorney**

**X /s/ Michael Busenkell**
Signature of attorney for debtor

Date **March 6, 2026**
MM / DD / YYYY

**Michael Busenkell**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-425-5812** Email address **mbusenkell@gsbblaw.com**

**3933 DE**
Bar number and State

**United States Bankruptcy Court**
**District of Delaware**

In re **Huntington Glen Swng TIC 1 LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 6, 2026**

**/s/ Saqif Noor**
**Saqif Noor/CEO**
Signer/Title

Huntington Glen Swng TIC 1 LLC
183 Wilson St., Suite 358
Brooklyn, NY 11211

Michael Busenkell
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

State of Delaware
Department of Justice
Attn: Edward Kosmowski
820 N. French St., 8th Floor
Wilmington, DE 19801

AAA Plumbers
PO Box 40291
Houston, TX 77240

All-Tex Boiler & Plumbing LLC
10634 Tower Oaks, Suite I
Houston, TX 77070

AMS Billing.com
PO Box 737943
Dallas, TX 75373

Apartments LLC
2563 Collection Center Drive
Chicago, IL 60693

Apple Termite and Pest Control, Inc.
841 W 20th St
Houston, TX 77008

Arbor Commercial Funding I, LLC
3370 Walden Ave., Suite 114
Depew, NY 14043

Aztec Fire Extinguisher
PO Box 10818
Houston, TX 77206

B&B Iron Works LLC
1211B Caribbean Lane
Houston, TX 77089

Banana Landscaping
1600 Eldridge Pkwy, Apt 808
Houston, TX 77077

City of Houston Water
PO Box 21042
Houston, TX 77035

ConService LLC
PO Box 1500
Hemet, CA 92546

Consolidated Distributors, Inc.
4880 Gulf Fwy
Houston, TX 77023

CSC Service Works
PO Box 888123
Los Angeles, CA 90088

Daikin
PO Box 660503
Dallas, TX 75266

Dixie Carpet Installations, Inc.
13450 S. Gessner Rd
Missouri City, TX 77489

Fannie Mae
Midtown Center
1100 15th Street NW
Washington, DC 20005

Flooring Warehouse
PO Box 200806
Austin, TX 78720

G.O. Plumbing Services, Inc.
13602 Luthe St
Houston, TX 77039

Grace Hill
4545 Fuller Drive, Suite 406
Irving, TX 75038

Great American Business Products
PO Box 4422
Houston, TX 77210

HandyTrac Systems, LLC
510 Staghorn Court
Alpharetta, GA 30004

Houston Apartment Association
4810 Westway Park Blvd
Houston, TX 77041

HRQ Plumbing
10023 Tanner Rd
Houston, TX 77041

Impact Floors of TX, LLC
2325 E. Belt Line Rd., Suite 200
Carrollton, TX 75006

Inside Out Construction TX LLC
PO Box 840246
Houston, TX 77084

InterSolutions, LLC
PO Box 825965
Philadelphia, PA 19182

JEMMS Carpet Cleaning and Multi Servi
7806 Candlegreen Ln
Houston, TX 77071

Kings III of America, LLC
751 Canyon Drive, Suite 100
Coppell, TX 75019

LM Lawns
715 N Gulf Blvd
Freeport, TX 77541

Local IQ
PO Box 632039
Cincinnati, OH 45263

Lowe's Pro Supply
6910 Brasada Drive
Houston, TX 77085

Mueller Water Conditioning, Inc.
PO Box 650998
Dallas, TX 75265

Nationwide Eviction
309 E. Morehead St., Suite 150
Charlotte, NC 28202

NRG Business
PO Box 1532
Houston, TX 77251

Patrick O'Connor & Associates
Dept 523
PO Box 4458
Houston, TX 77210

Pleitez Carpet Cleaning
1226 Beaufort Sea Dr.
Houston, TX 77067

Pro Energy Partners, LP
PO Box 169
Texas City, TX 77592

Promax Carpet Care LLC
9898 Almeda Genoa Rd., Unit #752403
Houston, TX 77075

REALPAGE, Inc.
PO Box 842899
Dallas, TX 75284

Redi Carpet
10101 Fountaingate Drive
Stafford, TX 77477

Reliant Energy
PO Box 650475
Dallas, TX 75265

Rentana Inc
689 Carlston Ave
Oakland, CA 94610

Republic Services #853
PO Box 78829
Phoenix, AZ 85062

ResMan
PO Box 4687
Logan, UT 84323

SafeRent Solutions
4600 Regent Blvd., Suite 150
Irving, TX 75063

Sam's Landscaping Service
PO Box 8652
Houston, TX 77249

Smart Office Automation
8316 Willow Place Dr.
N Bld C1
Houston, TX 77070

Southcross Security Inc
PO Box 742145
Houston, TX 77274

Sunward Flag Company, LLC
7527 Convoy Ct
San Diego, CA 92111

TAA Click & Lease, LLC
PO Box 2379
San Antonio, TX 78298

Texas Apartment Supply, Inc.
36706 Howell Rd
Hempstead, TX 77445

Texas Rent Relief
2401 E 6th St., Suite 3037
PMB 153
Austin, TX 78702

Texpo Energy
5773 Woodway Dr, #311
Houston, TX 77057

The Home Depot Pro-Multifamily
2455 Paces Ferry Rd NW
Atlanta, GA 30339

Valence Docs by Inhabit
PO Box 737940
Dallas, TX 75373

Vector Savings Share Invoice
PO Box 845122
Los Angeles, CA 90084

Virtual Leasing Systems
825 Town and Country Lane
Houston, TX 77024

Voltex Security Systems
2855 Mangum Rd., Suite A403
Houston, TX 77092

WS National Construction Services, LLC
10421 Synott Road
Sugar Land, TX 77498

Yep Energy
7660 Woodway Drive, Suite 471A
Houston, TX 77063

Zillow Group Inc
1301 2nd Avenue, 36th Floor
Seattle, WA 98101

**UNANIMOUS WRITTEN CONSENT OF THE MEMBERS**

**OF**

**HUNTINGTON GLEN SWNG TIC 1 LLC &**
**HUNTINGTON GLEN SWNG TIC 2 LLC**

The undersigned, Being all the members of Huntington Glen SWNG TIC 1 LLC and Huntington Glen SWNG TIC 2 LLC, a Texas limited liability company (the "Company"), acting in accordance with the Limited Liability Company Agreement of the Company dated November 15, 2024 (the "LLC Agreement") and the Texas Business Organizations Code, as amended from time to time, hereby consents to authorize and approve the following resolution:

> RESOLVED: In the event the Managing Member of the Company determines it in the best interests of the Company, in its sole discretion, for the Company to file for bankruptcy, the Managing Member shall be empowered to do so, and is authorized to undertake any decisions and execute any documents in furtherance thereof, in its sole discretion, without further consent of the Members required notwithstanding anything to the contrary in the LLC Agreement. For the absence of doubt, the Members unanimously approve such bankruptcy filing.

Dated as of February 27, 2026

Huntington Glen SWNG GP LLC,
a Texas limited liability company,
Managing Member

__________________________________
By: Md Khaled Noor
Title: Managing Member

__________________________________
By: Saqif Noor
Title: Managing Member

__________________________________
By: Jason Ormsby
Title: Managing Member

**Signature Page**

BY: Huntington Glen SWNG LP Manager LLC,
a Texas limited liability company,
its Managing Member

______________________________
By: Md Khaled Noor
Title: Managing Member

______________________________
By: Jason Ormsby
Title: Managing Member